# RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA
vs
**MOHAMAD HAMAD**

MAGISTRATE JUDGE'S DOCKET NO.: 24-1794
DATE OF COMPLAINT: 10/25/24
CRIMINAL DOCKET NO.:
DATE OF INDICTMENT:
ORIGINATING DISTRICT (if applicable):

DATE ARRESTED: 10/30/24

## INITIAL APPEARANCE

Presiding Magistrate Judge: [X] TAYLOR
Date: 10/30/24
Time: 4:15 PM
CD #:
Court Reporter:

U.S. ATTORNEY: Carolyn Bloch
INTERPRETER: N/A

### 1. RIGHTS EXPLAINED
- [ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available
- [X] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

### 2. COMPLAINT/INDICTMENT/INFORMATION
- [X] Read
- [X] Summarized
- [ ] Reading waived
- [X] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

### 3. ACT & PENALTIES
- [X] Read
- [X] Summarized
- [ ] Reading waived

### 4. COUNSEL
- [X] Defendant requested appointment
- [ ] Defendant waived appointment
- [X] Defendant represented by: Andrew Lipson, AFPD & Yemi Olaiya, AFPD
- Defendant expects to retain:
- [X] Affidavit executed.
- [ ] Not Qualified
- [X] Qualified
- [ ] With possible requirement for partial or full payment
- [X] Federal Public Defender appointed
- [ ] CJA Panel Attorney _____ appointed

### 5. BAIL
Recommended Bond:
Bond Set at: $50,000 unsecured
- [ ] By Consent
- [X] Additional Conditions Imposed: And memorialized in the Order Setting Conditions of Release
- [ ] By Magistrate Judge
- [ ] Temporary Commitment issued
- [ ] Final Commitment issued

Bond/Detention Hearing set for:

### 6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
Preliminary Exam/Rule ~~40/Arraignment~~ set for: 11/6/24 at 2PM before Magistrate Judge KEZIA O. L. TAYLOR

WDPA Rev 06/24