IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 24-257-1

MOHAMAD HAMAD

## ARRAIGNMENT PLEA

Defendant MOHAMAD HAMAD

being arraigned, pleads _not guilty_

in open Court this _26th_ day of

_November_, 20 _24_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)