IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMAD HAMAD,<br><br>Defendant. | 2:24-cr-257-CCW |

## MINUTE ENTRY
### JANUARY 3, 2025 TELEPHONIC STATUS CONFERENCE
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:  
Carolyn Bloch, AUSA

Appearing for Defendant:  
Yemi Olaiya, AFPD

Conference Began: 9:02 a.m.  
Conference Ended: 9:07 a.m.

Adjourned to: Not Applicable  
Stenographer: Barbara Loch  
Law Clerk: Mason Hattam  
Deputy Clerk: Brian Wright

The Court held a telephonic status conference in the above-referenced case.

Defense counsel will file a 90-day extension to file pretrial motions. Once the motion for extension is filed, another conference will be scheduled.

cc (via ECF email notification):  
All Counsel of Record