IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 24-cr-257 |
| | * | |
| MOHAMAD HAMAD | * | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2025, upon consideration of the defense's Motion to Modify Conditions of Pretrial Release, it is hereby ordered, adjudged and decreed that said motion is GRANTED.

IT IS FURTHER ORDERED that Mr. Hamad is no longer required to remain on home detention.

IT IS FURTHER ORDERED that Mr. Hamad be placed on a curfew from 9:00 p.m. to 6:00 a.m.

IT IS FURTHER ORDERED that all other conditions of pretrial release will remain the same.

_____
Christy Criswell Wiegand
United States District Judge

cc: Counsel of Record