February 10, 2025

Honorable Judge Weigand

 My name is James Coblin and I am writing in support of my friend Mohamad who is currently facing charges in your court. I am a student at the University of Pittsburgh and a part of the Jewish and LGBTQIA+ communities of Pittsburgh. I have lived in the city for my entire life and grew up in squirrel hill south. I have been friends with Mohamad since last summer and it has been wonderful getting to know him.
 Mohamad is an incredibly compassionate person who cares for everyone in his life. He offers support to everyone, when a friend of mine who he didn't know well was suffering from a concussion, he wanted to check on her and make sure she was okay. His friends all miss him, his absence is deeply felt by me and other friends when we hang out and he isn't there.
 I am asking you to reconsider his placement on house arrest. I will be available to make sure that he attends all of his court dates and meets all of his conditions of release so that he can be a productive member of the Pittsburgh community once again.
 Thank you for reading this letter. You can reach me at     if you need more information.

 Sincerely,
 James Coblin

EXHIBIT A