2025-02-10

Hon. Judge Weigand,

I am 31 years old. I have been Jewish my whole life.

While I do not personally think that should matter so much to this court regarding Mohamad Hamad or his freedom today I can see how it might, in practice.

Freedom of movement is both a deeply held spiritual and secular belief of mine. With this and my own personal experience in mind, I am asking that you release Mohamad from home detention.

It is my understanding that the idea behind his ongoing home detention is that it somehow makes people safer. Given the charges, I think it's of special concern how much it makes Jews safer. But I don't feel safer with him stuck in his house. The opposite, really.

What would make me feel safer is knowing that a man who remains innocent — as far as this court is concerned — can leave his home.

I would feel even safer still is if this court didn't treat Jews like a monolith with some sort of innate natural allegiance to a foreign nation-state, or cause. That's never ended well for us, and it's never been true. I realize you're not ruling on that today. Or tomorrow.

But I do want you to know that I know what it is to feel fear deep inside my own skin for who I am, for how I was born, for the family into which I was born, and the ancestors they had. I know when I am in danger for this well before anybody says, much less does, anything about it.

Mohamad has never, ever, engendered such a feeling in me or anyone of my faith that I know.

Again, it feels grotesque to have to share this with you in the hopes of attainting another's freedom, but: People broke more laws than I can count to get my great grandmother out of Austria before the rest of her siblings and family were murdered in the Holocaust. None of them would mind Mohamad getting to shop for his own groceries.

Please consider us all as you consider Mohamad's release from home detention.

Sincerely,
Jacob Klinger

# EXHIBIT B