2-10-25

Honorable Judge Weigand,

My name is Sean Donahue. I am a lifelong resident of Pittsburgh. I currently work on health science research at Carnegie Mellon University. In my spare time, I teach Stop the Bleed classes to underserved communities and support community projects such as Pittsburgh's supply and fundraising drives to support western North Carolinans impacted by Hurricane Helene, where I spent much of the fall and winter of 2024 doing on the ground hurricane relief and recovery work. I tell you all this because a shared passion for community and for helping people is the basis for much of my friendship with Mohamad Hamad.

The best testimony, in my estimation, to Mohamad's kindness, generosity, and consideration is in his deep connections to a large and diverse community, a community which has shown up to support him socially and emotionally throughout the trying last few months. As far as I'm aware, the seats have been packed at each and every one of his court dates so far, with people who took a substantial chunk of time out of their busy days to be there just to be a friendly and familiar face in the room, because we know that Mohamad would do, has done, and will do the same and more for us if and when we are in need of support. These same people, I am confident will continue to support him logistically in making it to his court dates and meeting all of his other obligations, should his conditions be modified, and will help him to find employment and other constructive ways of filling his time and giving back to the community, as he has been yearning to do since he has been on home detention.

Mohamad is a bright and caring young man who has been through much, such that I often forget that he is still in his early twenties. He certainly possesses more insight and integrity than I did at that young age, and I am confident that there is a bright future for him if he is given a chance to claim it. I hope this letter helps you start to see Mohamad in the way that I, and so many others of all different backgrounds and identities, see him, and I truly appreciate your consideration.

Sincerely,

Sean Donahue

EXHIBIT E