Honorable Judge Wiegand,

My name is Gabriel Larkin. I have been a Pittsburgh resident since 2015. From 2018 to 2024, I served the Commonwealth of PA as a welfare caseworker at the Allegheny County Assistance Office. I am writing in support of Mohamad Hamad, both in terms of his character as I can attest to it, and in terms of his attorney's request to have him released from house arrest.

I am Jewish. I met Mohamad through a mutual friend, a Christian, who introduced us specifically because Mohamad loves interfaith dialog. Our conversation was really touching, it was obvious to me that he is a young man of great faith who has many friends in the local Jewish community, not in spite of but because of his adherence to the teachings of the Quran.

I understand that he is facing serious charges, and that the condition of house arrest is designed to ensure that he will make all of his court appearances. Let me be one of many Pittsburgh voices offering that if he is allowed to leave his house and move freely in the community again, we will both hold him accountable to meet all of his obligations regarding this case, and also provide our logistical support for him to do so.

Sincerely,
Gabriel Larkin

EXHIBIT F