IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MOHAMAD HAMAD
TALYA A. LUBIT

Criminal No. 24-257

## APPEARANCE OF COUNSEL

NOTICE is hereby given that Nicole Vasquez Schmitt, Assistant United States Attorney, is counsel of record for the government in the above criminal action.

Respectfully submitted,

TROY RIVETTI
Assistant United States Attorney

s/ *Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant St., Suite 4000, Pittsburgh, PA 15219
412-894-7513 (Phone)
Nicole.vasquez.schmitt@usdoj.gov
PA ID No. 320316