IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
APR 2 2 2025
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MOHAMAD HAMAD
MICAIAH COLLINS

Criminal No. 24-257

[UNDER SEAL]

ORDER

AND NOW, to wit, this 22 day of April, 2025, upon consideration of the Motion for Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Arrest Warrants shall issue for the apprehension of defendants MOHAMAD HAMAD and MICAIAH COLLINS.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney