AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
для
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-257 |
| MOHAMAD HAMAD | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | 700 Grant Street<br>Pittsburgh, PA 15219 | Courtroom No.: | 9A |
|---|---|---|---|
| | | Date and Time: | April 29, 2025 at 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 4/23/25

s/Kezia O. L. Taylor
*Judge's signature*

Kezia O. L. Taylor, United States Magistrate Judge
*Printed name and title*