# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>Mohamad Hamad<br>Defendant | )<br>)<br>)<br>) No. 2:24-cr-257<br>)<br>)<br>) |

## HEARING MEMO

Before <u>Magistrate Judge Patricia L Dodge</u>

<u>Nicole Vasquez-Schmitt</u>  <u>Yemi Olaiya & Andrew Lipson</u>
Appear for Plaintiff  Appear for Defendant

Hearing begun 4/29/2025 at 1:30 pm    Hearing adjourned ___no___

Hearing ~~concluded~~ 4/29/2025 at 3:23 pm   Court Reporter Missy Moore

Detention Hearing
Government witness: Benjamin Orrison, Probation Officer
Cross examination by Defense counsel
  exhibits I & A: Order Setting Conditions [17] off/adm.
    [30] Order from Preliminary Hearing off/adm.
Government redirect of witness
Re-cross by Defense counsel
Government witness: FBI Agent Gregory Battaglia
  exhibit 1: Police Report 2022 off/adm.
  exhibit 2: Superseding Indictment off/adm.
  exhibit 3: Video of shared content off/adm.

exhibit 4: Video of shared content        off/adm.
exhibit 5: Screenshot from video          off/adm.
exhibit 6: Video of shared content        off/adm.
exhibit 7: 2024 Instagram messages        off/adm.
exhibit 8: Video of incident July 2024    off/adm.
exhibit 9: Text messages                  off/adm.
exhibit 10: Message sent; photo           off/adm.
exhibit 12-13: Posts regarding Grand Jury off/adm.
exhibit 11: Screenshots from Instagram    off/adm.

Cross examination by Defense counsel
   exhibit M: Report from Instagram      off/adm.
   exhibit O: [6] Criminal Complaint     off/adm.
   exhibit G, J, K, L:                   off/adm.

Government redirect of witness
Re-cross examination by Defense counsel
The hearing will be continued until 5/1/2025 at 9:30 am.