# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
      Plaintiff )
)
vs. ) No. 2:24-cr-257
)
Mohamad Hamad )
      Defendant )

## HEARING MEMO

Before Magistrate Judge Patricia L Dodge

Nicole Vasquez-Schmitt — Appear for Plaintiff

Andrew Lipson & Yemi Olaiya — Appear for Defendant

Hearing begun 5/1/2025 at 9:34 am   Hearing adjourned _____

Hearing concluded 5/1/2025 at 10:22 am   Court Reporter Barbara Loch

Continuation of detention hearing
Defense exhibits
   A-P : Letters in support, transcript. off/adm.
Government argument as to detention
Defense argument as to detention
Rebuttal argument by the Government
Stipulations presented regarding information contained in the Superseding Indictment
The Court finds that there are no conditions of release that can be imposed.
Order of Detention entered.