IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 24-257 |
| | * | |
| MOHAMAD HAMAD | * | |

### STATUS REPORT IN RESPONSE TO *PRO SE* MOTION

Assistant Federal Public Defender Yemi T. Olaiya, counsel to Mohamad Hamad ("Mr. Hamad"), respectfully files this status report in response to Mr. Hamad's *pro se* motion. In support, counsel states the following:

1. On or about June 3, 2025, the Court received a letter motion from Mr. Hamad. ECF No. 141.

2. On June 3, 2025, the Court ordered counsel to confer with Mr. Hamad and file either a status report or counseled motion. *Id.*

3. Since the letter motion was posted to the docket, defense counsel and Mr. Hamad met in person. Mr. Hamad hereby withdraws the aforementioned *pro se* motion.

4. Additionally, Mr. Hamad reserves the right to refile such motion through counsel if and when its substantive matter becomes at issue.

Respectfully submitted,

*/s/Yemi T. Olaiya*
Yemi T. Olaiya
Assistant Federal Public Defender
PA I.D. No. 330344