## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 24-257 |
| | * | |
| MOHAMAD HAMAD | * | |
| | * | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2025, upon consideration of the foregoing Motion to Revoke the Magistrate Judge's Detention Order and Request for New Hearing, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, **GRANTED**.

IT IS FURTHER ORDERED that the detention record shall be reopened, and a hearing shall be held to determine the release of Mr. Hamad. Said hearing is scheduled for the _____ day of _____, 2025.

_____
Hon. Christy Criswell Weigand
United States District Judge

cc: Counsel of Record
United States Marshal