IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMAD HAMAD, <br><br> Defendant. | 2:24-cr-257-CCW-1 |

**MINUTE ENTRY**
**NOVEMBER 13, 2025 Motion Hearing**
Before Judge Christy Criswell Wiegand

| Appearing for the United States: | Appearing for Defendant: |
|---|---|
| Nicole Vasquez-Schmitt AUSA | Yemi Olaiya, AFPD & Andrew Lipson, AFPD |

| | | | |
|---|---|---|---|
| Hearing Began: | 1:04 p.m. | Adjourned to: | Not Applicable |
| Hearing Ended: | 1:17 p.m. | Stenographer: | Sharon Siatkowski |
| | | Law Clerk: | Jack Shelly |
| | | Deputy Clerk: | Brian Wright |

The Court held a hearing to address the Federal Public Defender's Office's Motion to Withdraw as Counsel. An appropriate order will follow.

cc (via ECF email notification):
All Counsel of Record