IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 2:24-cr-00257-CCW-1 |
| MOHAMAD HAMAD | |

## ORDER APPOINTING COUNSEL

Upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his right to the appointment of counsel, attorney Jonathan Orie is appointed as counsel for defendant MOHAMAD HAMAD pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective the 13th day of November 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record