IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-257 |
| ) | |
| MOHAMAD HAMAD ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO REVOKE THE MAGISTRATE JUDGE'S DETENTION ORDER AND REQUEST FOR NEW HEARING (DOC. NO. 189)**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, First Assistant United States Attorney for the Western District of Pennsylvania, by delegation, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and respectfully submits this Motion for Extension of Time to File Government's Response to Defendant's Motion to Revoke the Magistrate Judge's Detention Order and Request for New Hearing (Doc. No. 189), for the reasons set forth below:

1. On October 20, 2025, former defense counsel for the defendant filed a Motion to Revoke the Magistrate Judge's Detention Order and Request for New Hearing (Doc. No. 189).

2. By Order of Court dated November 5, 2025, the government's response is due on or before November 19, 2025.

3. The defendant was appointed new counsel on November 13, 2025.

4. The government requests a 30-day extension of time, until December 19, 2025, to respond to defendant's Motion (Doc. No. 189). This will allow new defense counsel time to confer with the defendant and the government regarding the motion and other case issues.

1

WHEREFORE, the government respectfully requests that this Honorable Court enter an order permitting the government to file its response to defendant's Motion to Revoke the Magistrate Judge's Detention Order and Request for New Hearing (Doc. No. 189) on or before December 19, 2025.

Respectfully submitted,

TROY RIVETTI
First Assistant United States Attorney

By: /s/ *Nicole Vasquez Schmitt*
Nicole Vasquez Schmitt
Assistant U.S. Attorney
PA ID 320316